## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 09, 2024

Dennis Roger Bolze
F.C.I. Coleman - Low
P.O. Box 1031
Coleman, FL 33521

Ms. Debra A. Breneman
Office of the U.S. Attorney
800 Market Street
Suite 211
Knoxville, TN 37902

Re: Case No. 24-5192, *USA v. Dennis Bolze*
Originating Case No. 3:09-cr-00093-1

Dear Mr. Bolze and Counsel,

The briefing schedule for this case is listed below. The briefs must be filed electronically with the Clerk's office no later than these dates. If the appellant's principal brief is filed late, the case is at risk of being dismissed for want of prosecution.

Citations in your brief to the lower court record must include (i) a **brief** description of the document, (ii) the record entry number and (iii) the "**Page ID** #" for the relevant pages. When citing a sealed document to which counsel has been denied access to the paginated version in the lower court, please refer to the docket entry number and the page number of the document, e.g., Sealed RE 25, page 3. Consult 6 Cir. R. 28(a)(1).

**NOTE**: Appellant's brief was tendered on March 25, 2024, and accepted as filed on May 9, 2024.

| | |
|---|---|
| | 1 signed original |
| Appellee's Brief | Limit of 30 pages or 13,000 words |
| | Filed by **June 10, 2024** |

| | |
|---|---|
| Appellant's Reply Brief<br>(Optional Brief) | The reply brief is due no later than **24** days after the last appellee brief is filed. |

    For most appeals, the Court will access directly the electronic record in the district court. However, to determine if this appeal requires an appendix and how to prepare it, read the latest version of the Sixth Circuit Rules at www.ca6.uscourts.gov, in particular Rules 28 and 30.

    This information is for the appellee -- since you are representing yourself, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

    If you are an inmate in an institution, your brief will be considered timely if it is deposited in your institution's mail on or before the filing date. The brief should include a declaration under penalty of perjury or a notarized statement stating the date that the brief has been deposited and that first-class postage has been paid. *See* Fed. R. App. P. 25(a)(2)(A)iii. If you are *not* an inmate, your brief is considered timely if it is mailed to the clerk by first-class mail, or dispatched to a commercial carrier for delivery to the clerk within three days, or received in the court by the filing date indicated below. *See* Fed. R. App. P. 25(a)(2)(A)ii.

    If you still have questions after reviewing the information on the web site, please contact the Clerk's office <u>before</u> you file your brief.

                                                  Sincerely,

                                                  s/Gretchen S. Abruzzo *on behalf of*<br>                                                  Ryan E. Orme, Case Manager<br>                                                  Direct Dial No. 513-564-7079